```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 21983
   DOUGLAS SZEMPRUCH
   MELISSA SZEMPRUCH                      CHAPTER 13

                                          JUDGE: BRUCE W BLACK
       Debtor
  SSN XXX-XX-9962      SSN XXX-XX-2088

-------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 11/21/07 and confirmed on 02/27/08.

    2.  The case was dismissed after confirmation, 09/05/2008.

    3.  The Debtor paid a total of $   9308.00 .

    4.  The Trustee made disbursements to creditors as follows:

-------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                         PAID            PAID
-------------------------------------------------------------------
BARCLAYS CAPITAL REAL ES CURRENT MORTG          .00           .00             .00
BARCLAYS CAPITAL REAL ES MORTGAGE ARRE      1681.62           .00         1681.62
BANK OF AMERICA          SECURED            7250.00        110.29         3697.18
CAPITAL ONE BANK         SECURED             530.03           .00          530.03
ECAST SETTLEMENT CORPORA UNSECURED           721.11           .00             .00
INTERNAL REVENUE SERVICE PRIORITY          11599.58           .00             .00
CAPITAL ONE BANK         UNSECURED           549.91           .00             .00
ROUNDUP FUNDING LLC      UNSECURED           630.16           .00             .00
CITIBANK                 UNSECURED        NOT FILED           .00             .00
RESURGENT CAPITAL SERVIC UNSECURED           8673.38          .00             .00
CITIBANK                 UNSECURED        NOT FILED           .00             .00
CITIBANK                 UNSECURED        NOT FILED           .00             .00
CITIBANK                 UNSECURED        NOT FILED           .00             .00
FIRST PREMIER BANK       UNSECURED        NOT FILED           .00             .00
FIRST PREMIER BANK       UNSECURED        NOT FILED           .00             .00
GOAL FINANCIAL           UNSECURED        NOT FILED           .00             .00
PORTFOLIO RECOVERY ASSOC UNSECURED            650.93          .00             .00
BECKET & LEE LLP         UNSECURED            652.71          .00             .00
ILLINOIS STUDENT ASSIST  FILED LATE             .00           .00             .00
ECMC                     UNSECURED           8303.98          .00             .00
-------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                         PAID            PAID
-------------------------------------------------------------------
PORTFOLIO RECOVERY ASSOC UNSECURED           3969.13          .00             .00
PORTFOLIO RECOVERY ASSOC UNSECURED           5665.85          .00             .00
BANK OF AMERICA          UNSECURED             36.15          .00             .00
INTERNAL REVENUE SERVICE UNSECURED            866.78          .00             .00
CAPITAL ONE BANK         UNSECURED            748.23          .00             .00
KEY BANK                 UNSECURED           9543.19          .00             .00
        Summary of disbursements:
```

```
                      SECURED      PRIORITY    UNSECURED        OTHER         TOTAL
-------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    9461.65     11599.58     41011.51          .00       62072.74
PRINCIPAL PAID        5908.83          .00          .00          .00        5908.83
INTEREST PAID          110.29          .00          .00          .00         110.29
TOTAL PAID            6019.12          .00          .00          .00        6019.12
```

The Debtor's attorney, KONSTANTINE T SPARAGIS          , was allowed $   3500.00
and was paid $     751.00  direct and $   2749.00  through the plan.

The Trustee received $     539.88 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 12/17/08                    /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE